**FAULKNER LAW OFFICES, PLLC**
Elizabeth A. Faulkner
8687 East Via de Ventura, Suite 306
Scottsdale, Arizona 85258
Telephone: (480) 951-1110
Facsimile: (480) 951-1116
SBN 013212
E-mail: elizabeth@faulknerlaw.net
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| TRENI ELIASON, a married man, | No. 2:16-cv-02975-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ALL MY SONS MOVING & STORAGE OF PHOENIX, INC., an Arizona Corporation, | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

**RESPECTFULLY SUBMITTED** this 3rd day of November, 2016.

**FAULKNER LAW OFFICES, PLLC**

By: /s/ Elizabeth Faulkner
Elizabeth A. Faulkner
Shirley A. Kaufman
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert K. Jones, Esq.
JACKSON LEWIS, P.C.
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
JonesR@jacksonlewis.com
*Attorneys for Defendant*


By:   /s/ Meg Lyman
Meg Lyman, Paralegal
Faulkner Law Offices, PLLC